## DONALDSON & YAHN v. CITY OF PERRY et al.

No. 13702—Opinion Filed Oct. 7, 1924.

Rehearing Denied Dec. 23, 1924.

Commissioners' Opinion, Division No. 4.

Error from District Court, Noble County; C. C. Smith. Judge.

Action by Donaldson & Yahn against the City of Perry et al. for recovery of unpaid balance due contractors for public improvements. Judgment for defendants. Plaintiffs bring error. Reversed and remanded, with directions.

Cress & Tebbe, for plaintiffs in error.

W. M. Bowles, for defendants in error.

Opinion by STEPHENSON, C. The case of Donaldson & Yahn v. Benight et al., 105 Okla. 108, 232 Pac. 116, operates to cause the reversal and remanding of this appeal for further proceedings in accordance with the views therein expressed.

By the Court: It is so ordered.

---

## KLOSTERMYER v. CITY OF PERRY et al

No. 13703—Opinion Filed Oct. 7, 1924.

Rehearing Denied Dec. 23, 1924.

Commissioners' Opinion. Division No. 4.

Error from District Court, Noble County; C. C. Smith, Judge.

Action by James Klostermyer against the City of Perry for recovery of unpaid balance due contractors for public improvements. Judgment for defendants. Plaintiff brings error. Reversed and remanded, with directions.

Cress & Tebbe, for plaintiffs in error.

W. M. Bowles, for defendants in error.

Opinion by STEPHENSON, C. The case of Donaldson & Yahn v. Benight et al., No. 13701, 105 Okla. 108, 232 Pac. 116, operates to cause the reversal of this appeal for further proceedings in accordance with the views therein expressed.

By the Court: It is so ordered.